UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON, | No.  2:15-cv-2043-KJN |
| Plaintiff, | |
| v. | ORDER |
| DELTA MARINE SERVICES, INCORPORATED, et al., | |
| Defendants. | |

On March 3, 2016, upon the consent of all parties, this ADA action was referred to the undersigned for all further proceedings, including the entry of final judgment.  (ECF No. 10.)  In an attempt to avoid the accumulation of attorneys' fees through potentially unnecessary discovery and motion practice, the court finds it appropriate to temporarily stay and refer the action for an early settlement conference before another magistrate judge.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall randomly assign another United States Magistrate Judge to this case for the limited purpose of conducting a settlement conference.
2. Upon assignment of a settlement judge, the parties shall contact the courtroom deputy clerk of the settlement judge to make arrangements for the scheduling of the settlement conference.

3. If the case does not settle at the settlement conference, the parties shall file an updated joint status report within fourteen (14) days of the settlement conference.

4. This case is temporarily STAYED until further order of the court.  Nevertheless, the parties are free to informally exchange any discovery and information needed to prepare for the settlement conference.

IT IS SO ORDERED.

Dated:  March 4, 2016

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE